# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CRAYTONIA BADGER**  **PLAINTIFF**
**ADC #162710**

v.                              No: 2:22-cv-00071-PSH

**KENYON RANDLE,** *et al.*                     **DEFENDANTS**

## ORDER

On September 27, 2022, the Court recommended that Plaintiff Craytonia Badger's Eighth Amendment claims against defendants Kenyon Randle and Michael Richardson[1] proceed, while the following claims be dismissed:

- a claim against William Straughn based on his role in the grievance process;

- a First Amendment access-to-courts claim against Kenyon Randle and Angela Jenkins-White; and

- a claim against Randle based on his verbal comments.

Doc. No. 14. No objections were filed, and the Partial Recommendation remains pending. On December 16, 2022, the parties consented to the jurisdiction of a United States Magistrate Judge (Doc. No. 25). As such, the undersigned is

---

[1] Michael Richardson was initially named as Christopher Richardson.

authorized to conduct all proceedings in this civil action and to order entry of a final judgment. *Id*.

Accordingly, the Partial Recommendation (Doc. No. 14) is withdrawn, and the claims recommended to be dismissed in that pleading are hereby DISMISSED without prejudice for failure to state a claim on which relief may be granted. Defendants Straughn and Jenkins-White are DISMISSED as parties to this action.

IT IS SO ORDERED this 19th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE