# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CRAYTONIA BADGER**                                                 **PLAINTIFF**
**ADC #162710**

v.                      No: 2:22-cv-00071-PSH

**KENYON RANDLE,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered in favor of defendants. Plaintiff Craytonia Badger's claims are dismissed without prejudice.

DATED this 12th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE